UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE CAIN,
o/b/o J.J.P.,

        Plaintiff,

Case No. 2:16-cv-12099
Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

# OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 16), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 20) AND AFFIRMING THE DECISION OF THE COMISSIONER OF SOCIAL SECURITY

Plaintiff, Jamie Cain, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying J.J.P.'s application for supplemental security income ("SSI") benefits. Currently before the Court is Plaintiff's motion for summary judgment (DE 16), the Commissioner's cross-motion for summary judgment (DE 20), Plaintiff's reply (DE 21) and the administrative record (DE 13).

The parties have consented to my authority. (DEs 18, 19.) A hearing was held on September 13, 2017. Plaintiff's counsel (Edward A. Wicklund) and Defendant's counsel (AUSA John J. Engel) appeared by telephone.

For the reasons stated on the record, all of which are hereby incorporated by this reference as though fully restated herein, the Court concludes that the ALJ unerringly applied the correct legal standards in reaching his decision and that substantial evidence in the record supports his findings.  Alternatively, any legal or procedural error (in the ALJ's analysis of the Listings) was harmless.  Accordingly, Plaintiff's motion is **DENIED** (DE 16), Defendant's motion is **GRANTED** (DE 20), and the decision of the Commissioner of Social Security is **AFFIRMED.**

    **IT IS SO ORDERED.**

Dated: September 14, 2017                         s/Anthony P. Patti
                                                             Anthony P. Patti
                                                     UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on September 14, 2017, electronically and/or by U.S. Mail.

                                                       s/Michael Williams
                                                     Case Manager for the
                                                   Honorable Anthony P. Patti